UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK RANDALL SANDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>Sheriff's Deputy MIXON,<br><br>    Defendant.<br>_____/ | No. C 14-1298 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Defendant has filed an *ex parte* request for an extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Sonya Sanchez, the court GRANTS the request. (Docket # 31.) The requested six-month extension of the deadlines seems excessive in light of the circumstances, however, so the deadlines will be extended for a shorter amount of time. The court now sets the following new briefing schedule for dispositive motions: Defendant must file and serve his dispositive motion no later than **February 20, 2015**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **March 20, 2015**. Defendant must file and serve his reply brief (if any) no later than **April 3, 2015**.

IT IS SO ORDERED.

Dated: November 3, 2014

_____
SUSAN ILLSTON
United States District Judge