UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK RANDALL SANDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>Sheriff's Deputy MIXON,<br><br>    Defendant.<br>_____ / | No. C 14-1298 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

    Plaintiff has filed a document entitled "motion: reply/objection to defendants," in which he requests an extension of the deadline to file his opposition to defendant's motion for summary judgment due to the fact that plaintiff was separated from his property until May 17, 2015, due to transfers between facilities for mental health care and other reasons. The court records show that defendant sent the motion for summary judgment to plaintiff at CMC-San Luis Obispo and at CSP-Lancaster, so plaintiff should have a copy of the motion for summary judgment now that he has his legal property. *See* Docket # 47, # 50. If plaintiff does not have the motion for summary judgment, he must immediately inform the court and defense counsel.

    Upon due consideration, the court GRANTS plaintiff's request for an extension of the deadline to file an opposition to the pending motion. Docket # 53. The court now sets the following new briefing schedule for dispositive motions: Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **July 10, 2015**. Defendant must file and serve on plaintiff his reply in support of the motion for summary judgment no later than **July 24, 2015**.

Plaintiff is reminded that he must promptly notify the court and opposing counsel each time he is moved to a new institution.

IT IS SO ORDERED.

Dated: May 28, 2015

_____
SUSAN ILLSTON
United States District Judge