UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK RANDALL SANDERS, | No. C 14-1298 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Sheriff's Deputy MIXON, | |
| Defendant. | |

Mail was sent on May 28, 2015 from the court to plaintiff at the most recent address he provided to the court. The mail was returned to the court undelivered on June 8, 2015 marked "return to sender - not deliverable as addressed - unable to forward." Docket # 55. Plaintiff has not provided any more recent address than the one to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding *pro se* must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to file a notice of his current address within sixty days of the return of the undelivered mail. For the foregoing reasons, this action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address in compliance

1 | with Local Rule 3-11(a).  The clerk shall terminate all pending motions and close the file.
2 |     IT IS SO ORDERED.
3 | Dated: August 18, 2015

_____
SUSAN ILLSTON
United States District Judge