**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK RANDALL SANDERS, | No. C 14-1298 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Sheriff's Deputy MIXON, | |
| Defendant. | |

This action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 18, 2015

_____
SUSAN ILLSTON
United States District Judge